Ruth L. Cohen, Esq. (NV Bar No. 1782)
Email: rcohen@caplawyers.com
Paul S. Padda, Esq. (NV Bar No. 10417)
Email: ppadda@caplawyers.com
COHEN & PADDA, LLP
4240 West Flamingo Road, Suite 220
Las Vegas, Nevada 89103
Tel: (702) 366-1888
Fax: (702) 366-1940

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MORRIS LAMBERT, an individual, ) | **Case No.** 2:13-cv-00103-PMP-CWH |
| Plaintiff, ) | |
| vs. ) | |
| TALLEY RENTS, LLC, a foreign ) limited-liability company, ) | |
| Defendants. ) | |

# **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff hereby provides notice of voluntary dismissal of his civil action on the terms enumerated under the cited rule.

Respectfully submitted,

/s/ Ruth L. Cohen
_____
Ruth L. Cohen, Esq.
COHEN & PADDA, LLP

Attorney for Plaintiff

Dated: May 16, 2013

IT IS SO ORDERED.

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Dated: May 17, 2013.