1  Ruth L. Cohen, Esq. (NV Bar No. 1782)
   Email: rcohen@caplawyers.com
2  Paul S. Padda, Esq. (NV Bar No. 10417)
   Email: ppadda@caplawyers.com
3  COHEN & PADDA, LLP
   4240 West Flamingo Road, Suite 220
4  Las Vegas, Nevada 89103
   Tel: (702) 366-1888
5  Fax: (702) 366-1940

6  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MORRIS LAMBERT, an individual, | Case No. 2:13-cv-00103-PMP-CWH |
| Plaintiff, | |
| vs. | |
| TALLEY RENTS, LLC, a foreign limited-liability company, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff hereby provides notice of voluntary dismissal of his civil action on the terms enumerated under the cited rule.

Respectfully submitted,

/s/ Ruth L. Cohen

IT IS SO ORDERED.

_____
Ruth L. Cohen, Esq.
COHEN & PADDA, LLP

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE

Attorney for Plaintiff

Dated: May 16, 2013

Dated: May 17, 2013.